AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Julie Ann SILVA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **August 27, 2022**  in the county of  **Webb**  in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Edilberto Ramirez
*Complainant's signature*

Edilberto Ramirez, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: August 29, 2022

*Judge's signature*

City and state: Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | |
| Julie Ann SILVA | Case Number: |

1. On August 27, 2022, a Border Patrol Agent (BPA) was performing his assigned duties at the United States Border Patrol Checkpoint located at the 29-mile marker of I-35 near Laredo, Texas in Webb County.

2. At approximately 9:25 p.m., a silver Nissan Altima with two visible occupants approached the BPA's position at the primary inspection lane. The BPA greeted the occupants and began his inspection by asking the driver, Julie Ann SILVA of her citizenship and she stated, "U.S. citizen." The BPA then asked the passenger, Nicolasa PALACIOS-Camacho of her citizenship, and SILVA responded for her stating, "U.S. citizen, she's, my daughter." The BPA then asked if they had any valid identification, which SILVA replied, they did not. The BPA then walked to the passenger side window and asked PALACIOS-Camacho what school she attended. PALACIOS-Camacho appeared to be confused by the question and did not answer. The BPA then referred the vehicle to the secondary inspection area for further investigation.

3. At the secondary inspection area, SILVA was once again, questioned as to how she knew PALACIOS-Camacho. She then provided conflicting information by stating PALACIOS-Camacho was her sister-in-law. A BPA then asked PALACIOS-Camacho what country she was from, and she replied, "San Antonio." A BPA then asked again, where she was from, and she stated, "Mexico" and freely admitted to being illegally present in the United States. At that time SILVA and PALACIOS-Camacho were placed under arrest and escorted into the immigration checkpoint for further investigation.

4. Julie Ann SILVA was provided her Miranda Rights and acknowledged she understood them by signing Department of Homeland Security (DHS) service form I-214. SILVA agreed to provide a statement and began by stating she was going to pick up her daughter in San Antonio, Texas and was going to come back to Laredo, Texas. She then stated she stopped at a gas station before the checkpoint and a female (PALACIOS-Camacho) was going around asking people for a ride. She then stated PALACIOS-Camacho came up to her and asked her for a ride to San Antonio, Texas and she agreed. She then stated on the way to the checkpoint, PALACIOS-Camacho instructed her to say she was her sister-in-law. SILVA then stated she was unaware PALACIOS-Camacho was here illegally and claimed she was not getting paid to transport her to San Antonio, Texas.

5. Nicolasa PALACIOS-Camacho, a citizen of Mexico, will serve as a material witness in the smuggling case against Julie Ann SILVA. PALACIOS-Camacho stated she made financial arrangements in the amount of 4000 United States Dollars to be smuggled and transported to her destination of San Antonio, Texas. PALACIOS-Camacho stated on August 25, 2022, she and two other subjects crossed the river into the United States illegally and were picked up by a vehicle which took them to a warehouse in Laredo, Texas. PALACIOS-Camacho stated she remained at the warehouse for two days. She then stated she was picked up by an unknown male driver who took her to a parking lot in front of small businesses where a silver Nissan Altima was waiting for them. The unknown male driver instructed her to get off normally and walk towards the silver car and once inside, a female driver (Julie Ann SILVA) was going to take her to San Antonio, Texas. She then stated SILVA coached her on saying "Yes Sir" to immigration agents when asked if she was a U.S. citizen. PALACIOS-Camacho stated as they were approaching the immigration checkpoint, SILVA repeated several times, "Don't get nervous!" PALACIOS-Camacho was presented with a six-person photo lineup and positively identified Julie Ann SILVA as the driver of the vehicle.

SUBSCRIBED and SWORN to before me on

__29th__ day of __August, 2022__

_____     /S/ Ramirez, Edilberto    Border Patrol Agent
Signature of Judicial Officer                        Signature of Complainant